ATTORNEY'S NAME: In Proper Person,   90002
AND ADDRESS:

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2014 -- 07218   2   DIVISION: H   SECTION: 12

POWELL, JOHN VERSUS THE CITY OF NEW ORLEANS   ET AL

## CITATION

TO: AMERICAN TRAFFIC SOLUTIONS, INC.
THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY
320 SOMERULOS STREET

BATON ROUGE   LA   70802-6129

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR ACCOUNTING AND DECLARATORY JUDGMENT

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   July 24, 2014   .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ _____ served a copy of the w/i petition FOR ACCOUNTING AND DECLARATORY JUDGMENT | On this ____ day of _____ _____ served a copy of the w/i petition FOR ACCOUNTING AND DECLARATORY JUDGMENT |
| On AMERICAN TRAFFIC SOLUTIONS, INC. | On AMERICAN TRAFFIC SOLUTIONS, INC. |
| THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY | THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ AMERICAN TRAFFIC SOLUTIONS, INC. |
| Returned same day  No. ____ Deputy Sheriff of _____ Mileage: $ _____ | being absent from the domicile at time of said service. Returned same day  No. ____ Sheriff of _____ |
| ____/ ENTERED /____ PAPER     RETURN ____/_____/____ SERIAL NO.   DEPUTY | |

IN FORMA PAUPERIS

**EXHIBIT A**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 14-7218  DIVISION " H "  DOCKET NO. 12

JOHN POWELL

VERSUS

THE CITY OF NEW ORLEANS AND AMERICAN TRAFFIC SOLUTIONS, INC.

FILED:_____  _____
DEPUTY CLERK

PETITION FOR ACCOUNTING AND DECLARATORY JUDGMENT

NOW INTO COURT, comes John Powell, Pro Se, who avers as follows:

I.

Plaintiff, John Powell, is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana, respectively.

II.

Made defendants herein are: The City of New Orleans, a political subdivision of the State of Louisiana. American Traffic Solutions, Inc. ("ATS"), is a foreign corporation, incorporated in Kansas, with is principal place of business in Scottsdale, Arizona and registered Louisiana office in Baton Rouge, Louisiana, conducting business in Orleans Parish.

III.

That this is the identical matter that was filed in United States District Court, Eastern District of Louisiana, under Docket No.: 13-235 which was dismissed by that Court without prejudice in May of 2014.

IV.

In or around 2008, the City of New Orleans contracted with ATS for the purpose of "providing equipment, processes and back office services...to monitor, identify and enforce red light running violations."

V.

The Agreement provides that it may be terminated for cause in the event that "any court having jurisdiction over Parish rules, or state or federal statute declares, that results from the Redflex System of photo red light enforcement are inadmissible in evidence; ... "

VI.

In 2008, defendants began issuing Notices of Violation to registered vehicle owners whose vehicles were photographed at intersections by automated traffic cameras that captured images of said vehicles during alleged violations of red light traffic signals. Said images show only the vehicle and the license plate number; they do not reflect the driver of the vehicle.

VII.

On or about August 21, 2011, September 29, 2011 and October 27, 2011 defendants issued a Notices of Violation to plaintiff, John Powell.

VIII.

The ATSE Ordinance is preempted by Louisiana state law, conflicts with Louisiana state law, and exceeds the scope of local power authorized by state law, including but not limited to the Louisiana Highway Regulatory Act, La. R.S. 32:1 et seq., and La. R.S. 15:571.11.

IX.

The ATSE Ordinance violates the Louisiana and United States Constitutions for numerous reasons, including but not limited to reversing the burden of proof and creating a presumption of guilt, violating the right against self-incrimination, violating the right to due process by its vagueness and ambiguity and by placing its enforcement in the hands of a private, non-governmental entity with a financial interest in the outcome of each alleged violation as well as in charging the maximum number of persons with violation.

X.

This Court should declare that the ATSE is, and always has been, illegal and unenforceable. All monies paid to Orleans Parish and/or the City of New Orleans Photo Enforcement Program Payment Center as a result of Notices of Violation issued pursuant to the invalid ATSE Ordinance are due to be refunded, with interest, to the plaintiff and the City of New Orleans and ATS should be required to account for such founds.

WHEREFORE, plaintiff prays as follows:

1. That after due proceedings are had, there be a judgment in this matter in favor of plaintiff, John Powell, and against the defendant, City of New Orleans and American Traffic Solutions, Inc., declaring that the ATSE Ordinance is invalid and unenforceable, and ordering Defendants to account by refunding all penalties, fines and costs to plaintiff that were illegally collected to the pursuant to the invalid ATSE Ordinance, with interest;

2. That all photo enforcement violations and red light and speed violations be dismissed because photo enforcement officers have been charged with felonies or dismissed due to malfeasance in office and there aren't any competent people working in this program. This program is set up to solicit money away from the City of New Orleans and into the pockets of rich officers connected to city government. Furthermore, the City only gets pennies on a dollar from these tickets.

3. That plaintiff be awarded punitive damages and immunity from photo enforcement violations until this matter is resolved.

4. That the defendants be cast for all costs of these proceedings.

Respectfully submitted,

JOHN POWELL

In Proper Person

418 S. Scott Street

New Orleans, LA 70119

(504) 975-0206

PLEASE SERVE:

THE CITY OF NEW ORLEANS

Through the City Attorney

1300 Perdido Street

Room 5E03

New Orleans, LA 70112

American Traffic Solutions, Inc.

Through its registered agent

Corporation Service Company

320 Somerulos Street

Baton Rouge, LA 70802-6129

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA